■ TOP SOC CORPORATION, Respondent, v VINCENT P. ALTOMONTE, INC., et al., Defendants, and WAYNE CORTS et al., Appellants. (Action No. 1.) A.P.I., INC., Respondent, v WAYNE CORTS et al., Appellants, et al., Defendants. (Action No. 2.) TOP SOC CORPORATION, Respondent, v KENWAY MARINA, INC., Appellant. (Action No. 3.) [639 NYS2d 731]

We agree with the Supreme Court that there are questions of fact including, *inter alia,* whether the fire at issue was caused by arson *(cf., East Ramapo Cent. School Dist. v Orangetown-Monsey Hebrew School,* 141 AD2d 693), and whether negligent acts by the appellants, if any, contributed to the damage caused by the fire. Thus, the appellants' motion for summary judgment was properly denied. O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.